858

hony and *Fred W. Llewellyn* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *I. Henry Kutz* for respondent. ■

No. 273. AKERS MOTOR LINES, INC. *v.* NEWMAN ET AL. C. A. 5th Cir. Certiorari denied. *M. Neil Andrews* and *A. Walton Nall* for petitioner. *Samuel D. Hewlett* for respondents.

No. 278. COMMERCIAL CASUALTY INSURANCE Co. *v.* ROBERTS. C. A. 6th Cir. Certiorari denied. *A. Shelby Winstead* for petitioner. *James Park* for respondent.

No. 284. WHETSTONE *v.* STATE OF WASHINGTON. Supreme Court of Washington. Certiorari denied. *Melville Monheimer* for petitioner.

No. 286. KELLER *v.* KELLER. Supreme Court of Missouri. Certiorari denied. *J. M. Feigenbaum* for petitioner.

No. 288. STRAUSS *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Roswell Magill* and *George G. Tyler* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Lee A. Jackson* and *Helen Goodner* for respondent.

No. 289. LANSDEN ET AL. *v.* HART, U. S. ATTORNEY, ET AL. C. A. 7th Cir. Certiorari denied. *John F. Donelan* for petitioners. *Solicitor General Perlman, Assistant Attorney General Vanech* and *Roger P. Marquis* for Hart et al., respondents.